THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Todd Houston Ayers Appellant.
 
 
 

Appeal From York County
 Roger L. Couch, Special Circuit Court Judge

Unpublished Opinion No. 2006-UP-107
Submitted February 1, 2006  Filed February 21, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Sally W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  A jury convicted Todd Houston Ayers of assault and battery with intent to kill and was sentenced to twelve years in prison. On appeal, Ayers argues the indictment against him was insufficient and therefore the trial court did not have subject matter jurisdiction to convict him.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Ayers appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
BEATTY, SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.